UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GRACE WEISE,

    Plaintiff,

                                                    CASE NO:  8:19-cv-3064-T-33TGW

v.

THE BOYS IN THE BURG, LLC
d/b/a THE BIG CATCH AT SALT CREEK,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

       Pursuant to Local Rule 3.08, the parties respectfully notify the Court that they have reached an agreement to resolve all matters set forth in this action, and anticipate the filing of a joint stipulation for dismissal with prejudice within the next thirty (30) days.

Respectfully submitted this <u>14th</u> day of February, 2020.


| | |
|---|---|
| */s/ Mary Ruth Houston, Esq.* | */s/ Luis A. Cabassa, Esq.* |
| MARY RUTH HOUSTON | LUIS A. CABASSA |
| Florida Bar No.: 869094 | Florida Bar No.: 0053643 |
| mhouston@shutts.com | lcabassa@cwfclaw.com |
| JACLYN S. CLARK, ESQ. | ANTHONY M. KNIGHT |
| Florida Bar No.: 117652 | Florida Bar No.: 1010530 |
| Jclark@shutts.com | aknight@wfclaw.com |
| SHUTTS & BOWEN LLP | WENZEL FENTON CABASSA, P.A. |
| 300 South Orange Ave, Suite 1600 | 1110 N. Florida Avenue, Suite 300 |
| Orlando, Florida 32801 | Tampa, Florida 33602 |
| Telephone: (407) 423-3200 | Telephone: (813) 224-0431 |
| Facsimile:  (407) 425-8316 | Facsimile: (813) 229-8712 |
| | |
| Attorneys for Defendant | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notice to all counsel of record.

/s/ Mary Ruth Houston
Of Counsel

ORLDOCS 17499376 1