UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GRACE WEISE,

          Plaintiff,

Case No:  8:19-cv-03064-VMC-TGW

v.

THE BOYS IN THE BURG, LLC

          Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, GRACE WEISE, and Defendant, THE BOYS IN THE BURG, LLC, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, stipulate to the dismissal of this action in its entirety, with prejudice, each party to bear its/her own attorney's fees and costs.

Dated:  March 13, 2020　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Mary Ruth Houston, Esq.* | */s/ Luis A. Cabassa, Esq.* |
| MARY RUTH HOUSTON | LUIS A. CABASSA |
| Florida Bar No.: 869094 | Florida Bar No.: 0053643 |
| mhouston@shutts.com | lcabassa@cwfclaw.com |
| JACLYN S. CLARK, ESQ. | ANTHONY M. KNIGHT |
| Florida Bar No.: 117652 | Florida Bar No.: 1010530 |
| Jclark@shutts.com | aknight@wfclaw.com |
| **SHUTTS & BOWEN LLP** | **WENZEL FENTON CABASSA, P.A.** |
| 300 South Orange Ave, Suite 1600 | 1110 N. Florida Avenue, Suite 300 |
| Orlando, Florida 32801 | Tampa, Florida 33602 |
| Telephone: (407) 423-3200 | Telephone: (813) 224-0431 |
| Facsimile:  (407) 425-8316 | Facsimile: (813) 229-8712 |
| | |
| Attorneys for Defendant | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notice to all counsel of record.

                                                                       */s/ Mary Ruth Houston*
                                                                       Of Counsel

TPADOCS 22994301 1